ORIGINAL

JOHN HARRIS PAER   #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUE DOWDEY, | CIVIL NO. 06-00309 ACK-LEK |
| Plaintiff, | NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | |
| CHEVRON CREDIT BANK, N.A., | |
| Defendants. | |

NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through her undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, September 18, 2006

_____
JOHN HARRIS PAER
Attorney for Plaintiff